United States District Court
Southern District of Texas
**ENTERED**
March 17, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| HERMAN LEE KINDRED, § | |
| *Petitioner*, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:17-CV-00150 |
| § | |
| LORIE DAVIS, § | |
| Director of the Texas Department of § | |
| Criminal Justice - Correctional § | |
| Institutions Division, § | |
| *Respondent*. § | |

## MEMORANDUM AND RECOMMENDATION

Petitioner Herman Lee Kindred filed what he styled as "Official Complaint and Affidavit of Facts" in the Southern District of Texas, Victoria Division. The Victoria court severed the case into two causes: (1) a habeas corpus petition transferred to the Western District of Texas, and (2) a claim of retaliation and harassment under 42 U.S.C. § 1983, transferred to this court.

On January 27, 2017, this Court issued an order directing Kindred to file an amended complaint asserting his civil rights action under 42 U.S.C. § 1983 on or before March 6, 2017. The order advised petitioner that failure to file a response would result in the dismissal of his case. As of the signing of this order, petitioner has not amended his complaint. Therefore, it is the recommendation of this Court that Herman Lee Kindred's petition for writ of habeas corpus be dismiss with prejudice.

The parties have 14 days from service of this Memorandum and Recommendation to file written objections. Failure to file timely objections will preclude appellate review

of factual findings or legal conclusions, except for plain error. *See* Rule 8(b) of the Rules Governing Section 2254 Cases; 28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72.

Signed at Houston, Texas, on March 15, 2017.

*Stephen Wm Smith*
Stephen Wm Smith
United States Magistrate Judge