| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
April 07, 2017
David J. Bradley, Clerk

HERMAN LEE KINDRED,
    *Petitioner,*

v.

LORIE DAVIS,
Director, Texas Department of Criminal
Justice, Correctional Institutions Division,
    *Respondent.*

§§§§§§§§§§

CIVIL ACTION NO. 4:17-CV-00150

## Order of Adoption

On March 15, 2017, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 11). No timely objections have been filed. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The petition for writ of habeas corpus is denied with prejudice. The court will issue a separate final judgment.

Signed _April 7_____, 2017, at Houston, Texas.

                                          Lynn N. Hughes
                                   United States District Judge